| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Vanmai H. Nguyen (SBN 256433)<br><br>Robert T. Nguyen Law Office<br><br>10495 Bolsa Ave, Suite 206<br><br>Westminster, CA 92683<br><br>Phone: (909) 397-4000<br><br>Fax: (909) 397-4005<br><br>Email: vnguyen22@sbcglobal.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Anh Minh Nguyen & Quyen To Lieu* | **FILED & ENTERED**<br><br>SEP 27 2016<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - ___SANTA ANA_____ DIVISION**

| In re:<br><br>ANH MINH NGUYEN<br><br>QUYEN TO LIEU<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-12496-ES<br><br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*)*:* GCFS, Inc.

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a.  ☒ There was no opposition and request for hearing.

    b.  ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                        **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*): 8 Keswick, Irvine, CA 92620

   b. Legal description (*specify*):Tract 16058, Lot 3 Of Project 935-54 Located On AP 530-511-48 Together With An Und 1/17 Int In Pors Of Lots 3,4,&5             ☒ See attached page

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>12/23/2010</u>

   b. Recorder's instrument number or map/book/page number (*specify*): 2010-000694949

5. ☒ Motion granted:

   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☒ The judicial lien is void and unenforceable:

      (1) ☒ In its entirety

      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☐ Motion is incomplete.

   f. ☐ Other (*specify*):

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: September 27, 2016

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 2                F 4003-2.1.AVOID.LIEN.RP.ORDER

*legal description*
*(1 of 2)*

**SCHEDULE "A"**

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, CITY OF IRVINE, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/17TH FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO THE "COMMON AREA" AS SHOWN ON THE CONDOMINIUM PLAN FOR PHASE 6 OF ARDEN SQUARE ("PHASE 6") CONSISTING OF LOT F, L AND Q, AS WELL PORTIONS OF LOTS 3,4,5,K,M,R AND S OF TRACT NO.16058, AS SHOWN ON A MAP RECORDED IN BOOK 814, PAGES 23 TO 27 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA, WHICH CONDOMINIUM PLAN, RECORDED MAY 23, 2002 AS INSTRUMENT NO.20020437755 OF OFFICIAL RECORDS OF SAID ORANGE COUNTY (THE "CONDOMINIUM PLAN").

PARCEL 2:

UNIT NO. 59, OF PHASE 6, CONSISTING OF CERTAIN AIRSPACE AND SURFACE AND SUBSURFACE ELEMENTS, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN. EXCEPTING THEREFROM ANY AND ALL OIL, OIL RIGHTS, MINERALS, MINERALS RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM, ANY OTHER MATERIAL, RESOURCES AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STRONG IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFT INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR DEEPEN AND OPERATE ANY SUCH WELLS OR MINES; WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OF THE UPPER 500 FEET TO THE SUBSURFACE OF THE LAND, AS RESERVED IN DEED FROM THE IRVINE COMPANY, A MICHIGAN CORPORATION, RECORDED AUGUST 31, 2000 AS INSTRUMENT NO.20000457572 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ANY AND ALL WATER, WATER RIGHTS OR INTEREST THEREIN, APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY THE IRVINE COMPANY IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY THE IRVINE COMPANY), WHETHER SUCH WATER, WATER RIGHTS OR INTEREST THEREIN, SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER,



Legal description (2 of 2)

### SCHEDULE "A"

WATER RIGHTS OR INTERESTS THEREIN, ON ANY OTHER PROPERTY OWNED OR LEASED BY THE IRVINE COMPANY; BUT WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS, AS RESERVED IN DEED FROM THE IRVINE COMPANY, A MICHIGAN CORPORATION, RECORDED, AUGUST 31, 2000 AS INSTRUMENT NO.20000457572 OF OFFICIAL RECORDS.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS OF ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, UTILITIES, ENCROACHMENT, MAINTENANCE AND REPAIRS AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR MEADOWOOD MAINTENANCE ASSOCIATION, RECORDED JUNE 20, 1995 AS INSTRUMENT NO.95-0261040 (THE "MEADOWOOD DECLARATION"), THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR MEADOWOOD MAINTENANCE ASSOCIATION (DELEGATE DISTRICT NO.17/ARDEN SQUARE-PHASE 6, TRACT 16058), RECORDED SEPTEMBER 10, 2002 AS INSTRUMENT NO.20020766329 (THE "SUPPLEMENTAL MEADOWOOD DECLARATION"). AND THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR ARDEN SQUARE HOMEOWNERS ASSOCIATION ("DECLARATION"), RECORDED APRIL 6, 2001 AS INSTRUMENT NO.20010207529 AND RE-RECORDED OCTOBER 25, 2001 AS INSTRUMENT NO.20010756843, AND THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATION OF EASEMENT AND NOTICE OF ADDITION (ARDEN SQUARE-PHASE 6), RECORDED MAY 23, 2002 AS INSTRUMENT NO.20020437756 (THE "NOTICE OF ADDITION"), ALL OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 935-54-377; SOURCE OF TITLE: DOCUMENT NO.2002001004434 (RECORDED 12/12/02)